UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 11, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| LONNELL G. GLOVER, | : | Violations: |
| VELMA WILLIAMS, | : | |
|   also known as MA, | : | 21 U.S.C. §§ 846 |
|   also known as "MOTHER," | : | (Conspiracy to Distribute and Possess |
| JOHN SMITH, | : | With Intent to Distribute One Kilogram |
|   also known as "SMITTY," | : | or More of Phencyclidine, and One |
| HERBERT FRANCIS YOUNG, | : | Kilogram or More of Heroin) |
| CORNELL ANTHONY GLOVER, | : | |
|   also known as "TONY," | : | 21 U.S.C. §853 |
| COOLERIDGE BELL, | : | (Criminal Forfeiture) |
|   also known as "COOLRIDGE BELL," | : | |
|   also known as "CARLTON BELL, | : | |
| CHARLES GLADDEN, | : | |
|   also known as "BOONE," | : | |
| DANIEL MAURICE THOMPSON, | : | |
| HENRY BROWN, | : | |
|   also known as "HB," | : | |
| LESLIE WOOD, | : | |
|   also known as "DIAMOND," | : | |
| CHRISTIAN DONALDSON, | : | |
| DIANE HOLMES, | : | |
| JAMES TAYLOR, | : | |
| JEROME HAMPTON, | : | |
|   also known as "JAY," | : | |
| JOE BROWN, JR., | : | |
|   also known as "PUMPKIN," | : | |
| JOHN WASHINGTON, | : | |
|   also known as "HEAD," | : | |
|   also known as "HEADS," | : | |
| RONALD COOK, | : | |
| LENA BROWN, | : | |
| JOHN FRANKLIN CRUM, | : | |
|         Defendants. | : | |

# I N D I C T M E N T

The United States Attorney charges that:

## COUNT ONE

From on or about sometime in August 1, 2005, the exact date being unknown to the Grand Jury, and continuing thereafter up to and including at least June 11, 2007, in the District of Columbia, the District of Maryland, the Eastern District of New York, the Southern District of New York, the Northern District of Georgia, the Eastern District of Missouri, the Central District of California, and elsewhere, **LONNELL G. GLOVER, VELMA WILLIAMS, also known as MA, also known as "MOTHER," JOHN SMITH, also known as "SMITTY," HERBERT FRANCIS YOUNG, CORNELL ANTHONY GLOVER, also known as "TONY," COOLERIDGE BELL, also known as "COOLRIDGE BELL," also known as "CARLTON BELL, CHARLES GLADDEN, also known as "BOONE," DANIEL MAURICE THOMPSON, HENRY BROWN, also known as "HB," LESLIE WOOD, also known as "DIAMOND," CHRISTIAN DONALDSON, DIANE HOLMES, JAMES TAYLOR, JEROME HAMPTON, also known as "JAY," JOE BROWN, JR., also known as "PUMPKIN," JOHN WASHINGTON, also known as "HEAD," also known as "HEADS," RONALD COOK, LENA BROWN, JOHN FRANKLIN CRUM, did unlawfully, knowingly and intentionally combine, conspire, confederate and agree together and with ANTHONY MAURICE SUGGS, also known as "APPLEJACK," JULIAN JOHNSON, also known as "JUJU," also known as "JU," JAMES LAWRENCE PARKER, also known as "YOGI," ERNEST MILTON GLOVER, also known as "FISH," GLENDALE EARL LEE, also known as "GLEN," HELERY PRICE, also known as "BROTHER," NGOZI JOY, also known as "NIKKI,"** co-conspirators not indicted herein, and with others known and unknown to the Grand Jury, to unlawfully, knowingly, and intentionally

possess with intent to distribute and distribute a mixture and substance containing a detectable amount of phencyclidine, a Schedule I controlled substance, and the quantity of said mixture and substance was one kilogram or more, and a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance, and the quantity of said mixture and substance was one kilogram or more, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(iv) and 841(b)(1)(A)(i).

> (**Conspiracy to Possess With Intent to Distribute and to Distribute One Kilogram or More of Phencyclidine and One Kilogram or More of Heroin**, in violation of Title 21, United States Code, Section 846)

## FORFEITURE ALLEGATION

1. The violation alleged in Count One of this Indictment is realleged and incorporated by reference herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2. As a result of the offense alleged in Count One, the defendant(s) in this Indictment, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from proceeds obtained directly or indirectly, as a result of the said violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violation, including but not limited to:

   (a)   Money Judgment:

   (i) a sum of money equal to the total amount of money, representing the amount of proceeds obtained as a result of the offense, conspiracy to distribute and possess with intent to distribute one kilogram or more of heroin, one kilogram or more of phencyclidine, in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(a)(i) and (iv) for which the defendants are jointly and severally liable;

(b) <u>Real Property:</u>

(i) the real property described as 1820 M Street, N.E., Washington, D.C., further described as a semi-detached brick dwelling, lot numbered 114 in the square numbered 4445, in the subdivision made by the Shelbourne Company, Inc., as per plat recorded in Liber 89 at folio 16 in the Office of the Surveyor for the District of Columbia;

(ii) the real property described as 3417 B Street, S.E., Washington, D.C., further described as lot 40 in square 5418 in a subdivision made by Morris H. Ginsburg and Julius H. Ginsburg, as per plat recorded in Liber 130 at folio 13 in the Office of the Surveyor for the District of Columbia;

(iii) the real property described as 1338 W Street, S.E., Washington, D.C., further described as lot 801 in square 5781 and as lot 183 and the west 4 foot front by the full depth of the lot numbered 184 in Fox, Van Hook and Dobler's subdivision known as Uniontown, now known as Anacostia, as per plat recorded in book Levy County 2, page 83 in the Office of Surveyor for the District of Columbia;

(iv) the real property described as 9002 Old Palmer Road, Fort Washington, Maryland, further described as lot numbered 1 in block A in the subdivision known as Plat No, One, Hunters Mill Woods, as per plat thereof recorded in Plat Book NLP 104 at Plat No. 19, among the Land Records of Prince George's County, Maryland, being in the 5th Election District;

(v) the real property described as 4908 Brentley Road, Temple Hills, Maryland, further described as lot 114 in a subdivision known as Section 2, Woodlane, as per plat thereof recorded in Plat Book WWW 30 at Plat No. 65, among the Land Records of Prince George's County, Maryland; and

(c) <u>United States Currency</u>:

      i) $175,091.00 in U.S. currency, seized from Cardinal Marshall on June 3, 2007.

By virtue of the commission of the felony offense charged in Count One of this Indictment, any and all interest that the defendant(s) have in the property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the charged conspiracy or used, or intended to be used, to facilitate the charged conspiracy, is vested in the United States and hereby forfeited to the United States pursuant to Title 21, United States Code, Section 853.

  3. If any of the property described above as being subject to forfeiture pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendant(s):

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third party;

   (c) has been placed beyond the jurisdiction of the Court;

   (d) has been substantially diminished in value; or

   (e) has been commingled with other property that cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant(s) up to the value of said property listed above as being subject to forfeiture.

  (**Criminal Forfeiture**, in violation of Title 21, United States Code, Sections 853 and 853(p).)

            A TRUE BILL:


            FOREPERSON.

Attorney for the United States in
and for the District of Columbia