# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> V. <br><br> LONNELL G. GLOVER <br><br> SEALED <br><br> **DOB:**  **PDID:** | **DOCKET NO:** 07-153-19    **MAGIS. NO:** <br><br> **NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED** <br> John Franklin Crum <br><br> FILED <br> JUN 20 2007 <br> NANCY MAYER WHITTINGTON, CLERK <br> U.S. DISTRICT COURT |
| **WARRANT ISSUED ON THE BASIS OF:** INDICTMENT | **DISTRICT OF ARREST** |
| **TO:** ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | **CITY** |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE ONE KILOGRAM OR MORE OF PHENCYCLIDINE AND ONE KILOGRAM OR MORE OF HEROIN;

CRIMINAL FORFEITURE

**IN VIOLATION OF:**    **UNITED STATES CODE TITLE & SECTION:** <br> 21:846; and 21:853

| BAIL FIXED BY COURT: HaOB | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| **ORDERED BY:** <br> MAGISTRATE JUDGE FACCIOLA | **SIGNATURE (JUDGE/MAGISTRATE JUDGE)** <br> U.S. MAGISTRATE JUDGE FACCIOLA | **DATE ISSUED:** 6/12/07 |
| **CLERK OF COURT:** <br> Nancy Mayer-Whittington | **BY DEPUTY CLERK:** | **DATE:** 6/12/07 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 06/14/07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 06/20/07 | William Martin DUSM | |
| HIDTA CASE: Yes   No X | | OCDETF CASE: Yes   No X |