UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :

      v.              :      Criminal No. 07-l53-l9 (ESH)

JOHN FRANKLIN CRUM    :

## NOTICE OF APPEARANCE

This is to give notice that I appear for the Defendant indicated above in the above entitled action.

I appear in this action pursuant to appointment under the Criminal Justice Act. – nunc pro tunc June l9, 2007.

                    WILLIAM JACKSON GARBER, #42887
                    717  D Street, N.W., Suite 400
                    Washington, D.C. 20004-2817
                    (202) 638-4667
                    Attorney for Defendant