UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :

        v.              :    Criminal No. 07-154-19 (ESH)

JOHN FRANKLIN CRUM       :

<u>ORDER FOR RELEASE CONDITIONS</u>

Upon consideration of the Motion For Revocation or Amendment of

Detention Order, and the matters and things considered

It is by the Court, this      day of July, 2007

ORDERED: That the motion be, and the same is hereby granted and

that Defendant, John Fanklin Crum, be released on conditions as set forth in

a Release Order this date.

_____
ELLEN SEGAL HUVELLE
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :

        v.            :    Criminal No. 07-154-19 (ESH)

JOHN FRANKLIN CRUM     :

ORDER FOR RELEASE CONDITIONS

Upon consideration of the Motion For Revocation or Amendment of

Detention Order, and the matters and things considered

It is by the Court, this        day of July, 2007

ORDERED:  That the motion be, and the same is hereby granted and

that Defendant, John Fanklin Crum, be released on conditions as set forth in

a Release Order this date.

_____
ELLEN SEGAL HUVELLE
United States District Judge