UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>JOHN WASHINGTON, )<br>        Defendant. )<br>) | Crim. No. 07-153-16 (ESH) |

**DEFENDANT WASHINGTON'S MOTION FOR LEAVE TO JOIN
CO-DEFENDANT CRUM'S AND CO-DEFENDANT TAYLOR'S RESPONSES
TO THE GOVERNMENT'S MOTION TO SUSPEND COMPUTATION OF
TIME PURSUANT TO THE SPEEDY TRIAL ACT AND MEMORANDUM
OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

The defendant, JOHN WASHINGTON, by and through undersigned counsel, respectfully requests leave to adopt and join John Franklin Crum's and James Taylor's Responses to the Government's Speedy Trial Motion in the above-captioned matter.

Defendant agrees that the issue is best addressed at the status hearing, when more will be known about the discovery and other issues related to the Speedy Trial Act computation.

Defendant maintains that the granting leave to adopt and join in the co-defendant's response will conserve CJA and judicial resources.

WHEREFORE, for the above stated reasons, defendant requests that he be permitted to join in co-defendant John Franklin Crum's and James Taylor's Responses to the Government's Speedy Trial Motion.

Respectfully submitted,

          /s/
David Carey Woll (Bar No. 47423)
Counsel for John Washington
11501 Georgia Avenue, Suite 201
Wheaton, MD 20902
301-933-6962; e-mail: woll.law@verison.net

_____

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | **Crim. No. 07-153-16 (ESH)** |
| | ) | |
| **JOHN WASHINGTON,** | ) | |
| _____Defendant._____ | ) | |
| | ) | |

**ORDER**

The Court has reviewed Defendant Washington's Motion for Leave to Adopt and Join Co-Defendant Crum's and Taylor's Responses to the Government's Motion to Suspend Computation of Time Pursuant to the Speedy Trial Act, and the entire record in this case, and it appears to the satisfaction of the Court that such relief should be granted.

Accordingly, it is, this _____ day of _____, 2007,

ORDERED, that defendant Washington's Motion to Adopt and Join Co-Defendant Crum's and Taylor's Responses to the Government's Speedy Trial motion is hereby GRANTED.

_____
Ellen S. Huvelle
United States District Court

Copies to:
David Carey Woll
Woll & Woll, P.A.
11501 Georgia Avenue, Suite 201
Wheaton, MD 20902

William J. O'Malley, Esquire
Anthony Scarpelli, Esquire
Office of the United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20001

All defense counsel of record