UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :

      v.                      :      Criminal No. 07-153-19 (ESH)

JOHN FRANKLIN CRUM    :

### DEFENDANT, JOHN FRANKLIN CRUM'S RESPONSE TO GOVERNMENT'S MOTION TO DISPOSE OF EXCESS SEIZED PHENCYCLIDINE

Defendant, John Franklin Crum, by and through his attorney, submits the following Response to the Government's Motion to Dispose of Excess PCP Evidence. Defendant contends that before the Court permits the destruction of any PCP evidence, and as this is a conspiracy charged case, the following be provided to Counsel for the Defendants.

    1. Copies of all reports, documents, papers, photographs or other writings reflecting the locations of any seizure and recovery of PCP evidence, including the date and time of each recovery or seizure, the method of handling and securing of such evidence, the names of all persons involved in such handling and recovery and the methods employed in the transport, safekeeping and delivery of such evidence to the forensic laboratory, including the place where the forensic laboratory was located and the name of the person making each delivery of evidence.

1

2. The date and time when each item of PCP evidence was analysed by the forensic chemist, the time when the evidence was retrieved from the place of storage, the time consumed in the examination. and procedures employed.

3 . The reports of the forensic chemists as to the results of each item examined. The written notes of the forensic chemist reflecting the date and time of each item examined – the time when the examination began – the time when the examination was completed. The identification of each test performed and any charts or graphs made. In connection thereof. Also any notation as to whether tests or examinations were conducted on items of evidence in other cases at the same time that the tests and examinations were conducted in connection with evidence in this case.

4. When the documents are reviewed, a judgment can be made as to whether any further application need be made in connection with the PCP alleged in this case.

> WILLIAM JACKSON GARBER #42887
> 717 D Street, N.W. Suite 400
> Washington, D.C. 2004-2817
> (202) 638-4667
> Attorney for Defendant, John Crum