UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,         :
                                  :
v.                                :    Criminal No. 07-153 (ESH)
                                  :
LONNELL GEORGE GLOVER, *et al.*,  :
         Defendants.              :

**FILED**

JUL 2 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

180

Upon motion of the United States to exclude ~~270~~ days from the computation of the Speedy Trial Act in the above-captioned matter, pursuant to 18 United States Code, section 3161(h)(8)(B)(ii), ~~and without objection from the defendants~~, the Court having considered the entire record in this matter, the Court finds that given the body of evidence to be reviewed in preparing for trial in the above-captioned matter including as it does days of electronic surveillance resulting in over 1800 hours of interceptions, as well as the number of defendants charged in this matter, this litigation is more than sufficiently complex to support a finding that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established by the Speedy Trial Act. The Court further finds that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. It is, this 27 day of July ~~June,~~ 2007,

ORDERED that ~~270~~ 180 days be excluded from the computation of the Speedy Trial Act in the above-captioned matter. It is

~~FURTHER ORDERED that the 270 days to be excluded will begin to run upon the date all defendants charged in this matter are before the Court in this matter or upon further order of this Court, which ever comes sooner.~~

_____
ELLEN SEGAL HUVELLE
United States District Judge

Copies to:

William J. O'Malley, Jr.
Anthony Scarpelli
John K. Han
Assistant United States Attorneys

**Lonnell G. Glover**
~~Rudy Acree~~
1211 Connecticut Avenue
Suite 303
Washington, D.C. 20036

**Velma Williams**
Pleasant S. Brodnax
1700 Pennsylvania Avenue, N.W.
Suite 400
Washington, D.C. 20006

**John Smith**
Cynthia Katkish

601 Pennsylvania Avenue, N.W.
South Bldg., Suite 900, PMB 221
Washington, D.C. 20004

**Herbert Francis Young**
~~Cary Clennon~~ Jackson
P.O. Box 29302
Washington, D.C. 20017

**Cornell Anthony Glover**
Brian K. McDaniel
1211 Connecticut Avenue, N.W.
Suite 506
Washington, D.C. 20036

**Charles Gladden**
Larry Allen Nathans
Suite 1800
120 East Baltimore Street

2

Baltimore, Maryland 21202

**Daniel Maurice Thompson**
Howard Katzoff
601 Indiana Avenue, N.W.
Suite 500
Washington, D.C. 20004

**Leslie Wood**
Edward Sussman
601 Pennsylvania Avenue, N.W. #900
South Building
Washington, D.C. 20004

**Christian Donaldson**
Frances D'Antuono
218 Seventh St., S.E.
Washington, D.C. 20003

**Diane Holmes**
John James Carney
601 Pennsylvania Avenue, #900
South Building
Washington, D.C. 20004

**James Taylor**
Gary M. Sidell
1015 18th Street, N.W.
Suite 801
Washington, D.C. 20036

**Jerome Hampton**
Nathan Silver, II
P.O. Box 5757
Bethesda, MD 20814

**Ronald Cook**
~~John Briley, Jr.~~  ACICC
6205 30th Street, N.W.
Washington, D.C. 20015

**Lena Brown**
Teresa Grey Kleiman
419 7th Street, N.W.
Suite 201
Washington, D.C. 20004

**John Franklin Crum**
William Garber
717 D Street, N.W., #400
Washington, D.C. 20004