UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) )  ) ) |
| v. | ) Criminal No. 07-00153 (ESH) ) |
| LONNELL G. GLOVER, *et al.*, | ) ) ) |
| Defendants. | ) ) |

FILED

AUG 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Based on the status conference conducted July 27, 2007, and for the reasons stated in open court, the Court hereby issues the following orders:

1. On or before September 14, 2007, the government shall provide defendants all Rule 16 discovery (except with respect to scientific evidence that the government has stated will not yet be available on that date, as to which discovery shall be provided as soon as possible thereafter).

2. On or before September 14, 2007, the government shall identify the evidence upon which it intends to rely at trial.

3. On behalf of all defendants, Mr. Retureta and Mr. Rudasill will work with the government, the D.C. Jail, and the Correctional Treatment Facility ("CTF") to develop a plan to accommodate defendants who require increased law library access to review the government's wiretap evidence. Defendants shall then propose an appropriate order for the Court's approval.

4. On or before August 3, 2007, the government shall provide the law libraries at the D.C. Jail and CTF with complete duplicate sets (one set per library) of the disks containing the government's wiretap evidence.

5. Defense counsel shall confer and designate one person to serve as lead counsel with respect to filing pretrial motions that raise issues common to multiple defendants. The Court shall regard all such motions as adopted by all defendants, unless an individual defendant moves to be excluded. Accordingly, defendants need not and shall not file any further "motions to adopt."

6.    Mr. Gilbert, Mr. Katzoff, and Mr. Sussman will work with the government to develop a mutually acceptable protocol for disposal of the PCP evidence. The government shall then propose an appropriate order for the Court's approval.

A further status conference is set for September 21, 2007, at 10:00 a.m., at which time all counsel shall be prepared to inform the Court what pretrial motions they wish to file.

/s/ Ellen S Huvelle
ELLEN SEGAL HUVELLE
United States District Judge

Date:   July 31, 2007