**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Criminal No.  07-153(ESH)** |
| | **:** | |
| **JOHN CRUM,** | **:** | |
| | **:** | |
| **Defendant** | **:** | |
| | **:** | |

**ENTRY OF APPEARANCE**

To the Clerk of this Court and all parties of record:

     Please enter the appearance of undersigned counsel in this case on behalf of John Crum ,

defendant, effective September 14, 2007 .

                            /s/_____
                            JOANNE VASCO, ESQUIRE
                            4102 Madison Street
                            Hyattsville, MD 20781
                            301.864.6424
                            Attorney for John Crum

[X]    CJA

[  ]    Retained