UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :

            v.             :  Criminal No. 07-153-l9 (ESH)

JOHN FRANKLIN CRUM       :

MOTION TO WITHDRAW APPEARANCE

     Undersigned Counsel for Defendant, John Franklin Crum, moves to withdraw his appearance as attorney for defendant for the following reasons.

     Joanne Vasco, Esq., has entered her appearance as  Counsel for Defendant, filed September 16, 2007, effective September 14, 2007.  This is without objection from Undersigned Counsel.

 

_____

WILLIAM J. GARBER #42887
717 D Street, N.W. Suite 400
Washington, D.C. 20004-2817
(202) 638-4667

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA  :

             v.          :    Criminal No. 07-153-19 (ESH)

JOHN FRANKLIN CRUM      :

ORDER PERMITTING WITHDRAWAL OF
ATTORNEY AND SUBSTITUTION OF COUNSEL

      Upon consideration of the motion of Counsel, William J. Garber, to withdraw his appearance as Counsel for Defendant, John Franklin Crum, and the entry of the appearance of Joanne Vasco, Esq.

      It is by the Court this     day of September, 2007,

      ORDERED;  That the motion by William J. Garber, Esq. to withdraw his appearance as Counsel for Defendant, John Franklin Crum, be and the same is hereby granted and Joanne Vasco, Esq. is substituted as Counsel.

_____
ELLEN SEGAL HUVELLE
United States District Judge