UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

**SEP 1 9 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA :

v. : Criminal No. 07-153-19 (ESH)

JOHN FRANKLIN CRUM :

## ORDER PERMITTING WITHDRAWAL OF ATTORNEY AND SUBSTITUTION OF COUNSEL

Upon consideration of the motion of Counsel, William J. Garber, to withdraw his appearance as Counsel for Defendant, John Franklin Crum, and the entry of the appearance of Joanne Vasco, Esq.

It is by the Court this 19 day of September, 2007,

ORDERED; That the motion by William J. Garber, Esq. to withdraw his appearance as Counsel for Defendant, John Franklin Crum, be and the same is hereby granted and Joanne Vasco, Esq. is substituted as Counsel.

_/s/ Ellen S Huvelle_
ELLEN SEGAL HUVELLE
United States District Judge