UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Criminal No. 07-153 (ESH) |
| | : | |
| **LONNELL G. GLOVER,** *et al.*, | : | |
| Defendants. | : | |

## GOVERNMENT'S NOTICE OF FILING

The United States of America, by its attorney, the United States Attorney for the District of Columbia, respectfully notices the filing of the attached letter to all defense counsel in the above-captioned matter regarding discovery in the above-captioned matter.

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

_____
WILLIAM J. O'MALLEY, JR.
Assistant United States Attorney

_____
ANTHONY SCARPELLI
Assistant United States Attorney

_____
JOHN K. HAN
Assistant United States Attorney

*Certificate of Service*

  **I HEREBY** certify that I have caused a copy of the foregoing government's Notice of Filing to be served by mail upon counsel, for defendants as listed below;  this 25th day of October, 2007.

                   WILLIAM J. O'MALLEY, JR.
                   Assistant United States Attorney
                   D. C. Bar No. 166-991
                   555 4th Street, N.W., Fourth Floor
                   Washington, D.C.  20001
                   (202) 305-1749

| | |
|---|---|
| **Lonnell G. Glover**<br>Thomas Abbenante<br>1919 Pennsylvania Avenue, N.W.<br>Suite 200<br>Washington, D.C. 20006 | **Daniel Maurice Thompson**<br>Howard Katzoff<br>601 Indiana Avenue, N.W.<br>Suite 500<br>Washington, D.C. 20004 |
| **Velma Williams**<br>Pleasant S. Brodnax<br>1700 Pennsylvania Avenue, N.W.<br>Suite 400<br>Washington, D.C. 20006 | **James Taylor**<br>Robert Jenkins, Esquire<br>901 Pitt Street<br>Suite 320<br>Alexandria, Virginia 22314 |
| **John Smith**<br>Cynthia Katkish<br>601 Pennsylvania Avenue, N.W.<br>South Bldg., Suite 900, PMB 221<br>Washington, D.C. 20004 | **Jerome Hampton**<br>Nathan Silver, II<br>P.O. Box 5757<br>Bethesda, MD 20814 |
| **Herbert Francis Young**<br>Dwight E. Crawley, Esquire<br>2121 Eisenhower Avenue, Suite 200<br>Alexandria, Virginia 22314 | **Ronald Cook**<br>Rudy Acree<br>1211 Connecticut Avenue<br>Suite 303<br>Washington, D.C. 20036 |
| **Cornell Anthony Glover**<br>Brian K. McDaniel<br>1211 Connecticut Avenue, N.W.<br>Suite 506<br>Washington, D.C. 20036 | **Lena Brown**<br>Teresa Grey Kleiman<br>419 7th Street, N.W.<br>Suite 201<br>Washington, D.C. 20004 |

**John Franklin Crum**
Joanne Maria Vasco, Esquire
4102 Madison Street
Hyattsville, Maryland, 20781-1754

**Henry Brown**
Stephen Brennwald
922 Pennsylvania Avenue, S.E.
Washington, D.C.  20003



U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

October 25, 2007

          **Re: United States v. Suggs, *et al.***
              **Criminal Number 07-152 (ESH)**
              **United States v. Glover, *et al.***
              **Criminal Number 07-153 (ESH)**

Dear Counsel:

      Those of you who are counsel in *Glover* may have heard from your counter-parts in *Suggs* that we are experiencing much difficulty in converting surveillance videos from the VHS analog form in which they were recorded to the digital form that will be necessary for presentation at trial and, given the number of separate video taped incidents involved (there are more than 75), the only practical form for providing discovery to the more than 20 defendants still active in these two matters.  We realize that this creates an inconvenience for all and particularly for counsel in *Suggs*.  In our recently provided discovery in *Suggs* we supplied discs containing digital recordings which we explained were not complete and were difficult to use.  Our thought was that rather than provide nothing we would give counsel at least some of the material they seek.  It is our plan to await the conversion before providing any of the video taped material to counsel in *Glover*.

      We are working diligently to accomplish the conversion to digital format and to copy the converted recordings to discs so that all counsel in both cases will have in a user friendly format all the tapes we believe are discoverable.  (As we advised in our discovery submission of October 23, 2007 in *Suggs*, we do not intend to provide tapes which are *Jencks* or which disclose the identity of cooperating individuals.)   In the meantime, if any counsel feels pressed and wishes to view any video tapes, we have VHS format tapes which we will make available to you in our offices.  A log of the video tapes is enclosed.  Simply call one of the undersigned Assistant United States Attorneys and we will make arrangements for you to view the tapes.  Obviously, since they have deadlines to meet, we will give preference to counsel in *Suggs*.

      We realize that this represents some inconvenience in that you will not be able to review these materials in the quiet of your office nor will you be able to display them to your incarcerated clients. We pledge you our best efforts to rectify this problem as soon as possible and offer you our sincere apologies for the inconvenience

.

                              Sincerely yours,

                              JEFFREY A. TAYLOR
                              UNITED STATES ATTORNEY

                    BY: _____
                              WILLIAM J. O'MALLEY, JR.
                              Assistant United States Attorney


                              _____
                              ANTHONY SCARPELLI
                              Assistant United States Attorney


                              _____
                              JOHN K. HAN
                              Assistant United States Attorney


Enclosure as noted