UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV 2 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | Criminal No. 07-153 (ESH) |
| LONNELL G. GLOVER, *et al.*, Defendants. | : |

# ORDER

Upon motion of the United States without objection from the defendants, and after a consideration of the entire record in this matter, it is this 29 day of November, 2007,

**ORDERED** that the defendants with the exception of Mr. Thompson, shall be arraigned on the superseding Indictment in this matter at the status hearing presently scheduled for December 14, 2007, or when next they appear in court with counsel, whichever occurs sooner.

*[signature]*
ELLEN SEGAL HUVELLE
United States District Judge

Copies to:
William J. O'Malley, Jr.
Anthony Scarpelli
John K. Han
Assistant United States Attorneys

**Lonnell G. Glover**
Thomas Abbenante, Esquire
1919 Pennsylvania Avenue, N.W.
Suite 200
Washington, D.C. 20006

**Velma Williams**
Pleasant S. Brodnax, Esquire
1700 Pennsylvania Avenue, N.W.
Suite 400
Washington, D.C. 20006

**John Smith**
Cynthia Katkish, Esquire
601 Pennsylvania Avenue, N.W.
South Bldg., Suite 900, PMB 221
Washington, D.C. 20004

**Herbert Francis Young**
Dwight E. Crawley, Esquire
2121 Eisenhower Avenue
Suite 200
Alexandria, Virginia, 22314

**Cornell Anthony Glover**
Brian K. McDaniel, Esquire
1211 Connecticut Avenue, N.W.
Suite 506
Washington, D.C. 20036

**Daniel Maurice Thompson**
Howard Katzoff, Esquire
601 Indiana Avenue, N.W.
Suite 500
Washington, D.C. 20004

**James Taylor**
Robert Jenkins, Esquire
901 Pitt Street
Suite 320
Alexandria, Virginia 22314

**Jerome Hampton**
Nathan Silver, II, Esquire
P.O. Box 5757
Bethesda, MD 20814