**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**FILED**

DEC 1 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| v. | ) | **Criminal No. 07-00153 (ESH)** |
| | ) | |
| **LONNELL G. GLOVER, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ORDER

Based on the status conference conducted December 14, 2007, and for the reasons stated

in open court, the Court hereby issues the following orders:

1. On or before December 21, 2007, the government shall provide defendants all
Rule 16 discovery with the exception of the expert reports pertaining to trace
evidence and fingerprint analysis.

2. On or before January 27, 2008, the government shall file a motion to suspend the
computation of time under the Speedy Trial Act.

3. A further status conference is set for February 1, 2008, at 2:15 p.m., at which time
all counsel shall be prepared to inform the Court what pretrial motions they wish
to file and who will be responsible for the filing of the motions.

4. A status hearing regarding ascertainment of counsel for Lonnell Glover is set for
12:00 p.m. on January 8, 2008.

5. Trial is tentatively set to commence on September 8, 2008.

*Ellen S Huvelle*

ELLEN SEGAL HUVELLE
United States District Judge

Date:   December 18, 2007