CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA        )
                                )
         v.                     )    Criminal Number 07-153 (TFH)
                                )
                                )
                                )
LONNELL G. GLOVER, et al.       )    Category   B
(See attached sheet for all defendants)  )
                                )

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on <u>January 23, 2008</u> from <u>Judge Ellen S. Huvelle</u> to <u>Chief Judge Thomas F. Hogan</u> by direction of the Calendar Committee.

(Reassigned by consent)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:   <u>Judge Huvelle</u> & Courtroom Deputy
      <u>Chief Judge Hogan</u> & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Criminal Case Processing Clerk ✓
      U.S. Attorney—Judiciary Square Building, Room 5133
      Statistical Clerk

US v. LONNELL G. GLOVER, et al.
07cr153

| | |
|---|---|
| Lonnell G. Glover - | 01 |
| Velma Williams - | 02 |
| John Smith - | 03 |
| Herbert Francis Young - | 04 |
| Cornell Anthony Glover - | 05 |
| Cooleridge Bell - | 06 |
| Charles Gladden - | 07 |
| Daniel Maurice Thompson - | 08 |
| Henry Brown - | 09 |
| Leslie Wood - | 10 |
| Christian Donaldson - | 11 |
| Diane Holmes - | 12 |
| James Taylor - | 13 |
| Jerome Hampton - | 14 |
| Joe Brown, Jr. - | 15 |
| John Washington - | 16 |
| Ronald Cook - | 17 |
| Lena Brown - | 18 |
| John Franklin Crum - | 19 |