UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,           :
                                    :
v.                                  :   Criminal No. 07-153 (ESH)
                                    :
LONNELL GEORGE GLOVER, *et al.*,    :
            Defendants.             :

# ORDER

Upon motion of the United States to exclude an additional 150 days from the computation of the Speedy Trial Act in the above-captioned matter, pursuant to 18 United States Code, section 3161(h)(8)(B)(ii), the Court having considered the entire record in this matter, the Court finds that given the body of evidence to be reviewed in preparing for trial in the above-captioned matter including as it does days of electronic surveillance resulting in over 1800 hours of interceptions, as well as the number of defendants charged in this matter who have new counsel or for whom counsel must still be ascertained, this litigation is more than sufficiently complex to support a finding that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established by the Speedy Trial Act. The Court further finds that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. It is, this _____ day of ~~January~~ Feb., 2008,

**ORDERED** that 150 days be excluded from the computation of the Speedy Trial Act in the above-captioned matter.

*[signature]*
Thomas F. Hogan
Chief Judge

Copies to:

William J. O'Malley, Jr.
Anthony Scarpelli
John K. Han
Assistant United States Attorneys

**Lonnell G. Glover**
Thomas Abbenante
1919 Pennsylvania Avenue, N.W.
Suite 200
Washington, D.C. 20006

**Velma Williams**
Pleasant S. Brodnax
1700 Pennsylvania Avenue, N.W.
Suite 400
Washington, D.C. 20006

**John Smith**
Cynthia Katkish
601 Pennsylvania Avenue, N.W.
South Bldg., Suite 900, PMB 221
Washington, D.C. 20004

**Herbert Francis Young**
Darlene C. Jackson, Esq.
1220 L Street, N.W.
Suite 100
Washington, D.C. 20005

**Cornell Anthony Glover**
Brian K. McDaniel
1211 Connecticut Avenue, N.W.
Suite 506
Washington, D.C. 20036

**James Taylor**
Robert Jenkins, Esquire
901 Pitt Street
Suite 320
Alexandria, Virginia 22314

**Jerome Hampton**
Nathan Silver, II
P.O. Box 5757
Bethesda, MD 20814

**Ronald Cook**
Rudy Acree
1211 Connecticut Avenue
Suite 303
Washington, D.C. 20036

**Lena Brown**
Teresa Grey Kleiman
419 7th Street, N.W.
Suite 201
Washington, D.C. 20004

**John Franklin Crum**
Joanne Maria Vasco, Esquire
4102 Madison Street
Hyattsville, Maryland, 20781-1754

**Henry Brown**
Stephen Brennwald
922 Pennsylvania Avenue, S.E.
Washington, D.C. 20003