UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES : | |
| : | Criminal No. 07-CR-153(1) (TFH) |
| *v.* : | |
| : | |
| LONNELL GLOVER ET. AL, : | |

## MOTION FOR PAYMENT OF INTERIM VOUCHERS

Counsel for defendant Lonell Glover, on behalf of all counsel appointed in this matter pursuant to the Criminal Justice Act, respectfully requests that this Honorable Court approve the payment of interim compensation vouchers and submit its approval to the Court of Appeals for the District of Columbia. In support of his Motion, counsel states as follows:

1. The government filed its initial indictment in this case on June 12, 2007, and most defendants were arrested beginning June 19, 2007. In a superseding indictment, the government has charged Defendants in a fourteen-count indictment alleging a wide ranging narcotics conspiracy. Trial is expected to commence sometime later this year.

2. Discovery is already voluminous with the government producing a series of compact discs that contain approximately over 15,000 monitored telephone calls in addition to other discovery.

3. On July 27, 2007, Judge Huvelle ruled that the matter is both complex and extended for purposes of the Speedy Trial Act and granted the government's motion to exclude 180 days from the Speedy Trial Act. This Court granted a subsequent government motion to exclude an additional 150 days for the same reason.

      4.      Payment of interim compensation, which is provided for by statute, will alleviate the financial hardship that counsel will be required to bear during the lengthy pendency of this matter.

      **WHEREFORE**, for the foregoing reasons and any other that may become apparent to the Court, counsel respectfully requests that this motion be **GRANTED**.

Dated: Washington, DC
      February 25, 2008               Respectfully submitted,

                                            **LAW OFFICE OF A. EDUARDO BALAREZO**

                                            /s/

                  By: _____
                      A. Eduardo Balarezo (Bar # 462659)
                      400 Fifth Street, NW
                      Suite 300
                      Washington, DC  20001
                      (202) 639-0999

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of February 2008, I caused a true and correct copy of the foregoing Motion for Payment of Interim Vouchers to be delivered to the parties in this matter via Electronic Case Filing (ECF).

/s/
_____
A. Eduardo Balarezo

3

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** : | |
| : | **Criminal No. 07-CR-153 (TFH)** |
| *v.* : | |
| : | |
| **LONNELL GLOVER ET. AL,** : | |

### ORDER

Upon consideration of Defendant Glover's Counsel's Motion for Payment of Interim Vouchers, filed on behalf of all defense counsel in this matter appointed pursuant to the Criminal Justice Act, and for good cause shown, it is this _____ day of _____, hereby

**ORDERED**, that the Motion is **GRANTED**; and it is further

**ORDERED**, that due to the expected length and complexity of the proceedings in the above captioned matter, counsel appointed pursuant to the Criminal Justice Act may use the following procedures to obtain interim payments during the course of their representation:

1. Counsel may submit to the Office of the Federal Defender Interim CJA Form 20 (entitled "Appointment and Authority to Pay Court Appointed Counsel") setting forth an itemization of compensation earned and reimbursable expenses. The notation "Interim Compensation" should be typed on the top of these forms.

2. The first interim voucher, due on the sixtieth day following the approval of this Order, should reflect all compensation claimed and reimbursable expenses incurred from the date of counsel's appointment. Thereafter, counsel shall submit interim vouchers every 30 days as set forth above.

3. The court will review the Interim Vouchers when submitted and will authorize compensation to be paid for the approved number of hours, up to a total of $7,000.00 and for all reimbursable expenses reasonably incurred during the interim period. To the extent that the first Interim Voucher or any subsequent Interim Vouchers cumulatively seek hourly compensation exceeding the $7,000.00 CJA per case ceiling, (excluding reimbursement sought for expenses), these vouchers must be approved by this Court and the Chief Judge of the Circuit before disbursement can be made. One-fifth of the total amount approved for each voucher submitted shall be withheld until the final accounting.

4. At the conclusion of the representation, counsel shall submit a final voucher seeking payment of the one-third balance withheld for the earlier Interim Vouchers. The notation "Final Voucher" should be typed at the top of the last Form 20 submitted for reimbursement. The Final Voucher should set forth all compensation and reimbursement previously received for representation in this matter, as well as the balance remaining due to counsel. After review by the Office of the Federal Defender, the Court will review each Interim and Final Voucher and submit each to the Chief Judge of the Circuit Court for review and approval. The vouchers will then be returned to the Office of the Federal Defender for processing and submission for payment to the appropriate disbursing authority.

**SO ORDERED,**

_____
**THOMAS F. HOGAN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

_____                          _____
**DATE**                                **DAVID B. SENTELLE**
                                        **CHIEF JUDGE, UNITED STATES COURT OF**
                                        **APPEALS FOR THE DISTRICT OF**
                                        **COLUMBIA CIRCUIT**


cc:
CJA Panel Administrator
Federal Public Defender Service

All defense counsel