UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LONNELL G. GLOVER, *et al.*,<br><br>                    Defendants. | Crim. No. 07-153 (TFH) |

### ORDER

It hereby is **ORDERED** that, absent exigent circumstances, counsel seeking changes to a defendant's conditions of confinement or for law library access discuss the issue first with the General Counsel for the D.C. Department of Corrections, or such other official at the D.C. Department of Corrections as may be appropriate, before filing a motion seeking relief from the Court. Furthermore, any motion seeking a change to a defendant's conditions of confinement or for law library access shall include a statement that the required discussion with officials at the D.C. Department of Corrections occurred, the identity of the official with whom counsel discussed the issue, as well as a statement indicating the outcome of the discussion.

    SO ORDERED.

May 8, 2008

                                                      Thomas F. Hogan
                                                      United States District Judge