UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES : | |
| : | Criminal No. 07-CR-153(1) (TFH) |
| *v*. : | |
| : | |
| LONNELL GLOVER ET. AL, : | |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME
TO FILE PRE-TRIAL MOTIONS**

Defendant Lonnell Glover, by and through undersigned counsel, and pursuant to Fed. R. Crim. P. 45(b), hereby respectfully moves the Court for an enlargement of time to file pre-trial motions. As grounds for this Motion, Mr. Glover, states as follows:

1. At the last status hearing in this case, the Court set May 16, 2008, as the deadline for the filing of pre-trial defense motions. The government was to respond by June 16, 2008, and a motions hearing was set for July 21, 2008.

2. Due to counsel's other professional obligations, he has not yet been able to complete review of the massive discovery in this case.[1] Additionally, due primarily to the impending birth any day now of counsel's daughter, counsel has had personal obligations that have also prevented him from being able to file motions as scheduled. As a result, counsel will not be able to file pre-trial motions by the May 16 deadline. Counsel requests an additional thirty days to file, with commensurate changes to the other deadlines.

3. Counsel has communicated with AUSA William O'Malley regarding this motion, and Mr. O'Malley has indicated that the government does not object. Counsel has

---

[1] Counsel entered his appearance as substitute counsel for Mr. Glover on January 22, 2008, long after Mr. Glover was initially presented and long after other defense counsel had already begun reviewing discovery. Thus, counsel has not had sufficient time to complete discovery review.

obtained consent from the following: Jonathan Zucker, Esq. (Counsel for Joe Brown); Nathan Silver, Esq. (Counsel for Jerome Hampton); Stephen Brennwald, Esq. (counsel for Henry Brown); Cynthia Katkish, Esq. (counsel for John Smith); William Moffitt, Esq. (counsel for Velma Williams); and Rudolph Acree, Esq. (counsel for Ronald Cook). Counsel has not heard back from other defense counsel.

4. This is the defense's first request for an enlargement of time to file motions.

5. Finally, counsel reminds the Court that he will begin trial before Judge Huvelle on June 18, 2008, and expects to still be in trial in July 21 (the motions hearing date in this case). Thus, a short continuance of the motions hearing date may also be necessary. Counsel informed the Court of this possible conflict at the last status hearing.

**WHEREFORE**, for the foregoing reasons, Mr. Vega respectfully requests that the Court enlarge the time for filing pre-trial motions and grant an additional thirty days.

Dated: Washington, DC
      May 12, 2008              Respectfully submitted,

                                   **LAW OFFICE OF A. EDUARDO BALAREZO**

                                   /s/
                        By: _____
                          A. Eduardo Balarezo (Bar # 462659)
                          400 Fifth Street, NW
                          Suite 300
                          Washington, DC 20001
                          (202) 639-0999

                          *Attorney for Defendant Lonnell Glover*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of May 2008, I caused a true and correct copy of the foregoing Defendant's Motion for Enlargement of Time to File Pre-Trial Motions to be delivered to the parties in this matter via Electronic Case Filing (ECF).

/s/
_____
A. Eduardo Balarezo

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** : | |
| : | **Criminal No. 07-CR-153(1) (TFH)** |
| *v.* : | |
| : | |
| **LONNELL GLOVER ET. AL,** : | |

### ORDER

Upon consideration of Defendant's Motion for Enlargement of Time to File Pre-Trial Motions, there being no government opposition and for good cause shown, it is this _____ day of _____, 2008, hereby

**ORDERED,** that this Motion is **GRANTED**; and it is further

**ORDERED**, that the deadline for filing pre-trial motions is set for June 16, 2008; the government is to respond by July 16, 2008.

_____
**THOMAS F. HOGAN**
**UNITED STATES DISTRICT JUDGE**

**cc:**

A. Eduardo Balarezo, Esq.
Law Office of A. Eduardo Balarezo
400 Fifth Street, N.W.
Suite 300
Washington, D.C. 20001


William O'Malley, Esq.
U.S. Attorney's Office
555 4th Street, NW
Washington, DC  20530