UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 07-CR-153 (Hogan) |
| | : | |
| LONNELL GLOVER, ET. AL, | : | |
| | : | |
| *Defendants.* | : | |

**DEFENDANT GLOVER'S MOTION FOR NOTICE OF GOVERNMENT'S INTENTION TO USE RULE 404(b) EVIDENCE AT TRIAL AND INCORPORATED MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

Defendant Lonnell Glover ("Glover"), by and through undersigned counsel, respectfully moves this Court, pursuant to Fed. R. Crim. P. 12(b)(4) and Fed. R. Evid. 104(a), 403 and 404(b) for an Order requiring the government to provide notice of its intention to use at trial – either in its case-in-chief or in rebuttal – evidence of other crimes, wrongs, or acts allegedly committed by Glover that the government contends is admissible under Fed. R. Evid. 404(b).

In support of this motion, Glover states as follows:

1. The government has charged Glover in Count I of a fourteen count indictment alleging that he participated in a conspiracy to possess with intent to distribute and to distribute one kilogram or more of phencyclidine and one kilogram or more of heroin. The Government alleges the conspiracy lasted from sometime in August 2005 until at least June 11, 2007, in the District of Columbia, Maryland, New York, Georgia, Missouri, California and elsewhere.

1. The notice Glover seeks should include the nature of the evidence, the pertinent witnesses, including a statement of their expected testimony and a proffer of any other

non-testimonial evidence the government expects to offer in proof of those "bad acts," any supporting documentation, and the legal theory of admissibility on which the government relies. This notice is necessary in order to enable Glover to file appropriate motions *in limine* and to allow the Court to make a pretrial determination of the admissibility of any evidence the government seeks to introduce.

       2.     Pretrial notice would also provide Glover an opportunity to challenge the evidence on the merits.

## ARGUMENT

Federal Rule of Evidence 404(b) commands that the government notify a defendant of its intention to introduce evidence of other crimes, wrongs, or acts which the defendant has allegedly committed. This notice is essential in order to ascertain that the government is not relying on 404(b) evidence merely to demonstrate propensity. United States v. Clarke, 24 F.3d 257 (D.C. Cir. 1994). The introduction of "similar acts" evidence may be extremely prejudicial to the defendant.

Due process imposes an obligation on the government to disclose before trial its intention to use 404(b) evidence and the exact nature of that evidence. Additionally, under Fed. R. Evid. 104(b), the Court shall decide preliminary questions pertaining to the evidence's admissibility. Therefore, if the court is aware that the government will seek to introduce 404(b) evidence, the government and the defense can litigate the admissibility issue before trial. This procedure serves the dual purpose of expediting the trial while still allowing the court to carefully scrutinize the evidence.

Disclosure will also allow the defense an opportunity to meet similar-act evidence on the merits and prevent prejudicial surprise. *See United States v. Baum*, 482 F.2d 1325, 1331-

32 (2d Cir. 1973). The appellate court in this jurisdiction has suggested that the government disclose this evidence before trial. *United States v. Foskey*, 636 F2d 517 (D.C. Cir. 1980). The Court has broad discretion when ruling on questions of relevance. *United States v. Shorter*, 809 F2d 54, 59 (D.C. Cir.), *cert. denied,* 108 S. Ct. 71 (1987).

## CONCLUSION

**WHEREFORE**, for the foregoing reasons, and any other that may become apparent to the Court, defendant requests advance notice of the government's intention to use evidence pursuant to Fed. R. Evid. 404(b).

Dated: Washington, DC
June 16, 2008                                     Respectfully submitted,

**LAW OFFICE OF A. EDUARDO BALAREZO**


/s/
_____
A. Eduardo Balarezo (Bar No. 462659)
400 Fifth Street, N.W.
Suite 300
Washington, D.C. 20001
(202) 639-0999 (tel)
(202) 783-5407 (fax)

*Counsel for Lonnell Glover*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of June 2008, I caused a true and correct copy of the foregoing Defendant Glover's Motion for Notice of Government's Intention to Use Rule 404(b) Evidence at Trial and Incorporated Memorandum of Points and Authorities in Support Thereof in Support Thereof to be delivered via Electronic Case Filing to the Parties in this case.

/s/
_____
A. Eduardo Balarezo

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No. 07-CR-153 (Hogan)** |
| | : | |
| **LONNELL GLOVER, ET. AL,** | : | |
| | : | |
| *Defendants.* | : | |

## ORDER

Upon consideration of Defendant Glover's Motion for Notice of Government's Intention to Use Rule 404(b) Evidence at Trial and Incorporated Memorandum of Points and Authorities in Support Thereof, and any opposition thereto, it is this _____ day of_____ 2008, hereby

**ORDERED**, that the Defendant's Motion shall be and hereby is **GRANTED**.

_____
**THOMAS F. HOGAN**
**UNITED STATES DISTRICT JUDGE**

Copies to:

The Parties via ECF