UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | Criminal No. 07-CR-153(1) (TFH) |
| *v.* | : | |
| | : | |
| **LONNELL GLOVER, ET. AL,** | : | |
| | : | |
| *Defendants.* | : | |

### DEFENDANT GLOVER'S MOTION FOR DISCOVERY OF CO-DEFENDANT AND CO-CONSPIRATOR STATEMENTS

Defendant Lonnell Glover("Glover"), by and through undersigned counsel, respectfully moves the Court for an Order directing the government to disclose and permit inspection and copying of any statements made by co-defendants or co-conspirators that the government intends to offer against him pursuant to Fed. R. Crim. P. 801(d)(2)(E), including, but not limited to, the following:

1. Relevant written or recorded statements made by any co-defendant or claimed co-conspirator, indicted or unindicted, that are in the government's possession, custody or control, or that through due diligence may become known to the government; and

2. The substance of any oral statement that the government intends to offer in evidence at trial of this matter made by any co-defendant or claimed co-conspirator, indicted or unindicted, before or after arrest, in response to interrogation by any person known to the declarant to be a government agent.

### ARGUMENT

Generally a defendant is entitled to co-conspirator or co-defendant statements admissible against the defendant under Fed. R. Evid. 801 (d)(2)(E) if the government intends to

call the coconspirator as a witness. See United States v. Disston, 612 F.2d 1035 (7th Cir. 1980); United States v. Percevault, 490 F.2d 126 (3rd Cir. 1974); United States v. McMillen, 489 Rd 229 (7th Cir. 1972).

WHEREFORE, for the foregoing reasons and those that may appear at a hearing on this request Glover respectfully asks this Court for an order directing the government to permit him to inspect and to copy any statements of any co-defendant or co-conspirator that the government intends to offer against him at trial.

Dated: Washington, DC
       June 16, 2008                      Respectfully submitted,

                                       **LAW OFFICE OF A. EDUARDO BALAREZO**

                                          /s/

                                      _____
                                      A. Eduardo Balarezo (Bar No. 462659)
                                      400 Fifth Street, N.W.
                                      Suite 300
                                      Washington, D.C. 20001
                                      (202) 639-0999 (tel)
                                      (202) 783-5407 (fax)

                                      *Attorney for Lonnell Glover*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of June 2008, I caused a true and correct copy of the foregoing Defendant Glover's Motion for Discovery of Co-Defendant and Co-Conspirator Statements to be delivered to the Parties via ECF.

/s/
_____
A. Eduardo Balarezo

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** : | |
| : | **Criminal No. 07-CR-153(1) (TFH)** |
| *v.* : | |
| : | |
| **LONNELL GLOVER, ET. AL,** : | |
| : | |
| *Defendants.* : | |

# ORDER

Upon consideration of Defendant Glover's Motion for Discovery of Co-Defendant and Co-Conspirator Statements, and any opposition, it is this _____ day of_____ 2008, hereby

**ORDERED**, that the Defendant's Motion shall be and hereby is **GRANTED**.

_____
**THOMAS F. HOGAN**
**UNITED STATES DISTRICT JUDGE**

Copies to:

The Parties via ECF