UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES : | |
| : | Criminal No. 07-CR-153(1) (TFH) |
| *v.* : | |
| : | |
| LONNELL GLOVER, ET. AL, : | |
| : | |
| *Defendants.* : | |

# DEFENDANT GLOVER'S MOTION
# TO ADOPT AND CONFORM MOTIONS

Defendant Lonnell Glover ("Glover"), by and through undersigned counsel, respectfully moves the Honorable Court to allow him to adopt and conform to Motions filed on behalf of other defendants in the above-captioned matter that assert grounds for relief that defendant has standing to raise and are not inconsistent with relief he seeks in his own motions. Defendant maintains that the Court's granting this Motion will conserve judicial resources by limiting defense counsel's filing duplicative motions.

WHEREFORE, for the foregoing reasons, defendant respectfully requests that the Court grant this motion.

Dated: Washington, DC
       June 17, 2008                        Respectfully submitted,

                                            **LAW OFFICE OF A. EDUARDO BALAREZO**

                                                 /s/
                                            _____
                                            A. Eduardo Balarezo (Bar No. 462659)
                                            400 Fifth Street, N.W.
                                            Suite 300
                                            Washington, D.C. 20001
                                            (202) 639-0999 (tel)
                                            (202) 783-5407 (fax)

                                            *Attorney for Lonnell Glover*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of June 2008, I caused a true and correct copy of the foregoing Defendant Glover's Motion to Adopt and Conform Motions to be delivered via Electronic Case Filing to the Parties in this case.

/s/
_____
A. Eduardo Balarezo

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No. 07-CR-153 (Hogan)** |
| | : | |
| **LONNELL GLOVER** | : | |

_____

## ORDER

Upon consideration of Defendant Glover's Motion to Adopt and Conform Motions, and any opposition, it is this _____ day of _____, 2004 hereby

**ORDERED**, that the Defendant's Motion shall be and hereby is **GRANTED**.

_____
**REGGIE B. WALTON**
**UNITED STATES DISTRICT JUDGE**

**cc:**

William O'Malley, Esq.
Assistant United States Attorney
US Attorney's Office
555 Fourth Street, NW
Washington, DC  20530

Idus J. Daniel, Esq.
639 I Street, NE
Washington, DC  20002

Robert W. Mance, Esq.
1814 N. Street, NW
Washington, DC  20036

Gary M. Sidell, Esq.
1015 18th Street, NW # 801
Washington, DC  20036

Jerry Ray Smith, Esq.
717 D Street, NW # 400
Washington, DC  20001

Terry Booker, Esq.
1717 K Street, NW # 600
Washington, DC  20006

Grandison E. Hill, Esq.
7600 Georgia Avenue, NW # 203
Washington, DC  20012

Elita Amato, Esq.
1790 Lanier Place, NW
Washington, DC  20009

A. Eduardo Balarezo, Esq.
400 Fifth Street, N.W. # 300
Washington, D.C. 20001

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** : | |
| : | **Criminal No. 07-CR-153(1) (TFH)** |
| *v*. : | |
| : | |
| **LONNELL GLOVER, ET. AL,** : | |
| : | |
| *Defendants.* : | |

## ORDER

Upon consideration of Defendant Glover's Motion to Adopt and Conform Motions, and any opposition, it is this _____ day of_____, 2008 hereby

**ORDERED**, that the Defendant's Motion shall be and hereby is **GRANTED**.

_____
**THOMAS F. HOGAN**
**UNITED STATES DISTRICT JUDGE**

**cc:**

The Parties via ECF