CO-526
(12/86)

FILED

JUN 11 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      )
                              )
          vs.                 )     Criminal No. 07-153-19
                              )
     John F. Crom             )
                              )

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____ 6-11-08
Counsel for defendant

I consent:

_____
United States Attorney

Approved:

_____
Judge