UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : Criminal No. 07-153 (TFH) |
| | : |
| LONNELL GLOVER, *et al.*, | : |
|       Defendants. | : |

GOVERNMENT'S MOTION FOR ENLARGEMENT OF TIME
WITHIN WHICH TO RESPOND TO DEFENDANTS' SEVERAL MOTIONS

The United States is in receipt of several motions from the defendants in this matter. Those motions include the following. Defendants Lonnell Glover, Williams, Smith and Washington have filed motions seeking a preliminary determination of co-conspirator statements. Defendants Williams, Washington and Young have filed motions for discovery or for a bill of particulars. Defendants Lonnell Glover and Williams have filed a motion seeking disclosure of confidential informants, co-conspirators and witnesses. Defendant Lonnell Glover has filed a motion seeking disclosure of the government's intention to seek the admission of evidence pursuant to Rule 404(b). Defendants Taylor, Young, Cook and Lena Brown have filed a motion seeking to suppress statements. Defendants Lonnell Glover, Williams, Taylor, Cook, Young, Washington and Lena Brown have filed a motion seeking to other suppress evidence. Defendants Glover and Williams have filed a motion seeking to suppress evidence obtained pursuant to electronic surveillance and a motion regarding *Brady, Jenck* and *Giglio* materials. Defendant Hampton has filed a motion to dismiss the Indictment. Defendants Lonnell Glover, Williams, Lena Brown, Henry Brown and Smith have filed motions to adopt and conform to or otherwise join in motions by co-defendants.

2

Defendants Lonnell Glover, Young, Williams and Lena Brown have also filed motions seeking additional time to file additional motions.[1] Finally, defendants Williams, Lena Brown, Henry Brown, Smith and Washington have filed motions to sever defendants or counts. By our count there are thus fifty separate motions pending at this time not counting motions to pending review bond.

The United States of America, by its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court for an enlargement of time within which to respond to the several motions of the defendants. As grounds for this opposition the government submits the following points and authorities.

Defendants' motions in this matter were due on June 16, 2008 and the government's responses are due July 7, 2008. Of the several motions filed to date by the defendants, all were filed on or very nearly on the due date of June 16, 2008 and three of the defendants requested additional time to file additional motions. The United States does not here, and would not under any but the most unusual of circumstances, object to any enlargement of time or request for permission for late filing. Our point here is one of efficiency. We simply ask that we be able to consider all the motions of all the defendants in responding to the motions of any of the defendants. To this end we would also point out that to date we have heard from only 12 of the 14 defendants currently before the Court in this matter and only three of those defendants have filed or otherwise joined in any motion to suppress the fruits of the electronic surveillance in this matter where evidence derived therefrom

---

[1] Defendant Glover's motion was to permit the late filing of a motion previously submitted. Of course we have no objection to that motion. Defendants Young and Brown need additional time to prepare their motions or to review discovery they have requested. Again, we have no objection to those motions. However, defendant Williams' motion in this regard is a totally separate beast. It is, in essence, a request for a free pass before any issue is properly joined. Such a motion should be denied subject to renewal **if** it becomes relevant.

3

is central to the government's case against each of these co-conspirators. We are aware that several of the attorneys involved in this matter are currently engaged in extended trials and this may account for some of the uncertainty here. It is our intention to continue to work on the pending motions but we respectfully request that in light of the volume of motions and the current status of the docket, the Court enlarge the time for filing our responses to and including July 22, 2008. We are aware that the Court has converted the July 21, 2008 motions hearing to a status hearing. Our request reflects an intention to sort out the docket at that status hearing and determine the position of all the defendants with regard to motions they intend to file or to join.

**WHEREFORE** the United States respectfully requests submits, that as set out above, defendants' motions in this matter should be denied.

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

_____
WILLIAM J. O'MALLEY, JR.
Assistant United States Attorney

_____
ANTHONY SCARPELLI
Assistant United States Attorney

_____
JOHN K. HAN
Assistant United States Attorney

4

*Certificate of Service*

    **I HEREBY** certify that I have caused a copy of the foregoing government's Motion for Enlargement of Tine Within Which to Respond to Defendants' Several Motions and proposed Order to be served by mail upon counsel, for defendants as listed below; this 27th day of June, 2008.

                                                  WILLIAM J. O'MALLEY, JR.
                                                Assistant United States Attorney
                                                D. C. Bar No. 166-991
                                                555 4th Street, N.W., Fourth Floor
                                                Washington, D.C.  20001
                                                (202) 305-1749

| | |
|---|---|
| **Lonnell G. Glover**<br>Eduardo Balarezo, Esquire<br>400 5th Street, N.W.<br>Suite 300<br>Washington, D.C. 20001 | **Cornell Anthony Glover**<br>Brian K. McDaniel, Esquire<br>1211 Connecticut Avenue, N.W.<br>Suite 506<br>Washington, D.C. 20036 |
| **Velma Williams**<br>William B. Moffitt, Esquire<br>Pleasant S. Brodnax, Esquire<br>1700 Pennsylvania Avenue, N.W.<br>Suite 400<br>Washington, D.C. 20006 | **James Taylor**<br>Robert Jenkins, Esquire<br>901 Pitt Street<br>Suite 320<br>Alexandria, Virginia 22314 |
| **John Smith**<br>Cynthia Katkish, Esquire<br>601 Pennsylvania Avenue, N.W.<br>South Bldg., Suite 900, PMB 221<br>Washington, D.C. 20004 | **Jerome Hampton**<br>Nathan Silver, II, Esquire<br>P.O. Box 5757<br>Bethesda, MD 20814 |
| **Herbert Francis Young**<br>District of Columbia Jail<br>1901 D Street, S.E.<br>Washington, D.C. | **Ronald Cook**<br>Rudy Acree, Esquire<br>1211 Connecticut Avenue<br>Suite 303<br>Washington, D.C. 20036 |
| **Herbert Francis Young**<br>717 Seventh Street, N.W<br>Suite 210<br>Washington, D.C.   20004 | **Lena Brown**<br>Teresa Grey Kleiman, Esquire<br>419 7th Street, N.W.<br>Suite 201<br>Washington, D.C. 20004 |

5

**Henry Brown**
Stephen Brennwald, Esquire
922 Pennsylvania Avenue, S.E.
Washington, D.C. 20003

**John Washington**
Spencer M. Hecht, Esquire
801 Wayne Avenue
Suite 400
Silver Spring, MD 20910

**Joseph Brown, Jr**.
Robert Becker, Esquire
3315 Morrison Street, N.W.
Washington, D.C. 20015

**Charles Gladden**
Mitchell M. Seltzer, Esquire
717 D Street, N.W., Ste 310
Washington, D.C. 20004

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : Criminal No. 07- 153 (TFH) |
| | : |
| LONNELL GLOVER, *et al.,* | : |
| Defendants. | : |

# ORDER

Upon the motion of the United States to enlarge the time within which to respond to defendants' several motions, there being no objection from the defendants, and after considering the entire record in this matter, it is this _____ day of June, 2008,

**ORDERED** that the United States shall have to and including July 22, 2008 within which to respond to defendants' several motions in this matter.

_____
THOMAS F. HOGAN, Judge
United States District Court
for the District of Columbia

Copies to:

Anthony Scarpelli
John K. Han
William J. O'Malley, Jr.
Assistant United States Attorneys

**Lonnell G. Glover**
Eduardo Balarezo, Esquire
400 5th Street, N.W.
Suite 300
Washington, D.C. 20001

**Velma Williams**
William B. Moffitt, Esquire
Pleasant S. Brodnax, Esquire
1700 Pennsylvania Avenue, N.W.
Suite 400
Washington, D.C. 20006

**John Smith**
Cynthia Katkish, Esquire
601 Pennsylvania Avenue, N.W.
South Bldg., Suite 900, PMB 221
Washington, D.C. 20004

**Herbert Francis Young**
District of Columbia Jail
1901 D Street, S.E.
Washington, D.C.

**Herbert Francis Young**
717 Seventh Street, N.W
Suite 210
Washington, D.C.   20004

**Cornell Anthony Glover**
Brian K. McDaniel, Esquire
1211 Connecticut Avenue, N.W.
Suite 506
Washington, D.C. 20036

**James Taylor**
Robert Jenkins, Esquire
901 Pitt Street
Suite 320
Alexandria, Virginia 22314

**Herbert Francis Young**
District of Columbia Jail
1901 D Street, S.E.
Washington, D.C.

**Herbert Francis Young**
717 Seventh Street, N.W
Suite 210
Washington, D.C.   20004

**Ronald Cook**
Rudy Acree, Esquire
1211 Connecticut Avenue
Suite 303
Washington, D.C. 20036

**Lena Brown**
Teresa Grey Kleiman, Esquire
419 7th Street, N.W.
Suite 201
Washington, D.C. 20004

**Henry Brown**
Stephen Brennwald, Esquire
922 Pennsylvania Avenue, S.E.
Washington, D.C.  20003

**John Washington**
Spencer M. Hecht, Esquire
801 Wayne Avenue
Suite 400
Silver Spring, MD 20910

**Joseph Brown, Jr**.
Robert Becker, Esquire
3315 Morrison Street, N.W.
Washington, D.C. 20015

**Charles Gladden**
Mitchell M. Seltzer, Esquire
717 D Street, N.W., Ste 310
Washington, D.C.  20004