UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : Criminal No. 07-153 (TFH) |
| | : |
| LONNELL GLOVER, *et al.*, | : |
|         Defendants. | : |

### GOVERNMENT'S RESPONSE TO DEFENDANTS' SEVERAL MOTIONS FOR LEAVE TO FILE LATE AND ENLARGEMENT OF TIME

The United States is in receipt of motions from several defendants regarding time for filing motions in this matter. Defendants Lonnell Glover, Velma Williams, Lena Brown, and Herbert Young all requested leave to file additional pre-trial motions after the filing period expired. Particularly, as to defendant Glover, the government does not oppose the filing of defendant's Motion to Suppress Physical Evidence beyond the deadline. Nor does the government object to the extension of time as requested by defendants Brown and Young. However, as to defendant Williams, the government opposes the defendant's motion on the grounds that a substantial burden would be imposed, on both the government and the court, from the motion's open-ended language. Defendant Williams requests leave to file additional motions without listing any specific motion that still needs to be filed nor any specific time period in which any additional motions may be filed. Defendant Williams' request is far too broad: how can a court rule on or condition such a request? In short, there is no issue as yet and therefore, no order is appropriate. The government requests that defendant Williams's motion be denied, subject to renewal if a relevant issue arises requiring the filing of additional pretrial motions.

**WHEREFORE** the United States respectfully submits, that as set out above, the motions of defendants Glover, Brown, and Young in this matter should be granted and the motion of defendant Williams in this matter should be denied subject to renewal.

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

_____
WILLIAM J. O'MALLEY, JR.
Assistant United States Attorney

_____
ANTHONY SCARPELLI
Assistant United States Attorney

_____
JOHN K. HAN
Assistant United States Attorney

*Certificate of Service*

    **I HEREBY** certify that I have caused a copy of the foregoing government's Response to Defendants' Several Motions for Leave to File Late and Enlargement of Time and proposed Order to be served by mail upon counsel, for defendants as listed below;  this 27th day of June, 2008.

                                            _____
                                            WILLIAM J. O'MALLEY, JR.
                                            Assistant United States Attorney
                                            D. C. Bar No. 166-991
                                            555 4th Street, N.W., Fourth Floor
                                            Washington, D.C.  20001
                                            (202) 305-1749

| | |
|---|---|
| **Lonnell G. Glover**<br>Eduardo Balarezo, Esquire<br>400 5th Street, N.W.<br>Suite 300<br>Washington, D.C. 20001 | Suite 210<br>Washington, D.C.   20004 |
| **Velma Williams**<br>William B. Moffitt, Esquire<br>Pleasant S. Brodnax, Esquire<br>1700 Pennsylvania Avenue, N.W.<br>Suite 400<br>Washington, D.C. 20006 | **Cornell Anthony Glover**<br>Brian K. McDaniel, Esquire<br>1211 Connecticut Avenue, N.W.<br>Suite 506<br>Washington, D.C. 20036 |
| **John Smith**<br>Cynthia Katkish, Esquire<br>601 Pennsylvania Avenue, N.W.<br>South Bldg., Suite 900, PMB 221<br>Washington, D.C. 20004 | **James Taylor**<br>Robert Jenkins, Esquire<br>901 Pitt Street<br>Suite 320<br>Alexandria, Virginia 22314 |
| **Herbert Francis Young**<br>District of Columbia Jail<br>1901 D Street, S.E.<br>Washington, D.C. | **Jerome Hampton**<br>Nathan Silver, II, Esquire<br>P.O. Box 5757<br>Bethesda, MD 20814 |
| **Herbert Francis Young**<br>717 Seventh Street, N.W | **Ronald Cook**<br>Rudy Acree, Esquire<br>1211 Connecticut Avenue<br>Suite 303<br>Washington, D.C. 20036 |

**Lena Brown**
Teresa Grey Kleiman, Esquire
419 7th Street, N.W.
Suite 201
Washington, D.C. 20004

**Henry Brown**
Stephen Brennwald, Esquire
922 Pennsylvania Avenue, S.E.
Washington, D.C. 20003

**John Washington**
Spencer M. Hecht, Esquire
801 Wayne Avenue
Suite 400
Silver Spring, MD 20910

**Joseph Brown, Jr**.
Robert Becker, Esquire
3315 Morrison Street, N.W.
Washington, D.C. 20015

**Order text (overlay):**

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA  :
: Criminal No. 07- 153 (TFH)
:
LONNELL GLOVER, et al.,  :
          Defendants.

## GOVERNMENT'S RESPONSE TO DEFENDANTS' SEVERAL MOTIONS FOR LEAVE TO FILE LATE AND ENLARGEMENT OF TIME

### ORDER

Upon motion of the defendants Velma Williams, Herbert Young, and Lena Brown for enlargement of time and of defendant Lonnell Glover to file late, and after consideration of the entire matter. Defendants Lonnell Glover, Velma Williams, Lena Brown, and Herbert Young seek leave to file additional motions after the filing period expired.

**ORDERED** that those motions of defendants Lonnell Glover, Herbert Young, and Lena Brown are granted.  It is

**FURTHER ORDERED** that the motion of defendant Velma Williams is denied subject to renewal if requested by defendant Brown at a later time.

this ____ day of July, 2008

_____
THOMAS F. HOGAN, Judge
United States District Court
for the District of Columbia

Copies to:

**Lonnell G. Glover**
Eduardo Balarezo, Esquire
717 Seventh Street, N.W.
Washington, D.C.

**Herbert Francis Young**
(counsel listed)

**Velma Williams**
William B. Moffitt, Esquire
Pleasant S. Brodnax, Esquire
1700 Pennsylvania Avenue, N.W.
Suite 400
Washington, D.C. 20006

---

**Certificate / Response text (overlay):**

WHEREFORE for the reasons set out above, the motions of defendants Glover, Brown, and Young in this matter should be granted and the motion of defendant Williams should be denied subject to renewal.

I HEREBY certify that I have caused a copy of the foregoing government's Response to Defendants' Motions for Leave to File Late and Enlargement of Time and proposed Order to be served by mail upon counsel, for defendants as listed below; this 27th day of June, 2008.

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

WILLIAM J. O'MALLEY, JR.
Assistant United States Attorney
D. C. Bar No. 166-991
(202) 305-1749

JOHN K. HAN
Assistant United States Attorney

JOHN P. DOMINGUEZ
Assistant United States Attorney

**Henry Brown**
Stephen Brennwald, Esquire
922 Pennsylvania Avenue, S.E.
Washington, D.C. 20003

**John Washington**
Spencer M. Hecht, Esquire
801 Wayne Avenue
Suite 400
Silver Spring, MD 20910

**Joseph Brown**
Robert Baker, Esquire
400 North Columbus Street
Suite 200
Alexandria, VA 22314

**Lonnell Glover**
Bruce K. McDonald, Esquire
1211 Connecticut Avenue, N.W.
Suite 506
Washington, D.C. 20036

**James Taylor**
Robert Jenkins, Esquire
901 Pitt Street
Suite 320
Alexandria, Virginia 22314

**Jerome Hampton**
Nathan Silver, II, Esquire
P.O. Box 5757
Bethesda, MD 20814

**Velma Williams**
William B. Moffitt, Esquire
Pleasant S. Brodnax, Esquire
1700 Pennsylvania Avenue, N.W.
Suite 400
Washington, D.C. 20006

**John Smith**
Cynthia Katkish, Esquire
601 Pennsylvania Avenue, N.W.
South Bldg. Suite 900, PMB 324
Washington, D.C. 20004

**Anthony Scarpelli**
**Herbert Francis Young**
Eduardo Balarezo, Esquire
717 Seventh Street, N.W.
Suite 300
Washington, D.C. 20001

**Lena Brown**
Teresa Grey Kleiman, Esquire
41 917 Street, N.W.
Suite 201
Washington, D.C.

**Ronald Griele**
Rudy Acree, Esquire
1211 Connecticut Avenue, N.W.
Suite 303
Washington, D.C. 20036

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : Criminal No. 07- 153 (TFH) |
| | : |
| LONNELL GLOVER, *et al.,* | : |
| Defendants. | : |

# ORDER

Upon motion of the defendants Velma Williams, Herbert Young, and Lena Brown for enlargement of time and of defendant Lonnell Glover to file late, and after consideration of the government's response thereto, it is this _____ day of July, 2008

**ORDERED** that those motions of defendants Lonnell Glover, Herbert Young, and Lena Brown are granted. It is

**FURTHER ORDERED** that the motion of defendant Velma Williams is denied subject to renewal in appropriate circumstances.

_____
THOMAS F. HOGAN, Judge
United States District Court
   for the District of Columbia

Copies to:

Anthony Scarpelli
John K. Han
William J. O'Malley, Jr.
Assistant United States Attorneys

**Lonnell G. Glover**
Eduardo Balarezo, Esquire
400 5th Street, N.W.
Suite 300
Washington, D.C. 20001

**Velma Williams**
William B. Moffitt, Esquire
Pleasant S. Brodnax, Esquire
1700 Pennsylvania Avenue, N.W.
Suite 400
Washington, D.C. 20006

**John Smith**
Cynthia Katkish, Esquire
601 Pennsylvania Avenue, N.W.
South Bldg., Suite 900, PMB 221
Washington, D.C. 20004

**Herbert Francis Young**
District of Columbia Jail
1901 D Street, S.E.
Washington, D.C.

**Herbert Francis Young**
717 Seventh Street, N.W
Suite 210
Washington, D.C.   20004

**Cornell Anthony Glover**
Brian K. McDaniel, Esquire
1211 Connecticut Avenue, N.W.
Suite 506
Washington, D.C. 20036

**James Taylor**
Robert Jenkins, Esquire
901 Pitt Street
Suite 320
Alexandria, Virginia 22314

**Herbert Francis Young**
District of Columbia Jail
1901 D Street, S.E.
Washington, D.C.

**Herbert Francis Young**
717 Seventh Street, N.W
Suite 210
Washington, D.C.   20004

**Ronald Cook**
Rudy Acree, Esquire
1211 Connecticut Avenue
Suite 303
Washington, D.C. 20036

**Lena Brown**
Teresa Grey Kleiman, Esquire
419 7th Street, N.W.
Suite 201
Washington, D.C. 20004

**Henry Brown**
Stephen Brennwald, Esquire
922 Pennsylvania Avenue, S.E.
Washington, D.C.  20003

**John Washington**
Spencer M. Hecht, Esquire
801 Wayne Avenue
Suite 400
Silver Spring, MD 20910

**Joseph Brown, Jr**.
Robert Becker, Esquire
3315 Morrison Street, N.W.
Washington, D.C. 20015

**Charles Gladden**
Mitchell M. Seltzer, Esquire
717 D Street, N.W., Ste 310
Washington, D.C.  20004