UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : Criminal No. 07- 153 (TFH) |
| | : |
| LONNELL GLOVER, *et al.*, | : |
| Defendants. | : |

### GOVERNMENT'S RESPONSE TO DEFENDANTS' SEVERAL MOTIONS TO ADOPT AND CONFORM

The United States is in receipt of motions from several of the defendants to adopt and conform to the motions of other defendants in this matter. Defendants Lonnell Glover, Velma Williams, Henry Brown, John Smith, and Lena Brown all requested that the court allow them to adopt and conform to motions filed by co-defendants if these motions are relevant to their respective defenses. The government has no objection to this for any of the aforementioned defendants. However, the government will confine itself to the facts and circumstances pled in the motions to which any other defendant elects to adopt and conform. Thus, a fact or circumstance not set forth in the motions a defendant elects to adopt and conform will not be considered and we will contend is therefore waived. Further, we request that the Court require defendants to notice all parties as to which motions they wish to adopt and conform.[1]

---

[1] The government will take this position with respect to all such motions to adopt and conform, assuming they are similarly pled. We reserve the right to challenge the standing of any defendant in any motion he makes or adopts and conforms and to raise any defense relevant to the filing defendant as to the adopting defendant.

**WHEREFORE** the United States respectfully submits, that as set out above, the government has no objection to defendants' several motions to adopt and conform.

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

_____
WILLIAM J. O'MALLEY, JR.
Assistant United States Attorney

_____
ANTHONY SCARPELLI
Assistant United States Attorney

_____
JOHN K. HAN
Assistant United States Attorney

*Certificate of Service*

    **I HEREBY** certify that I have caused a copy of the foregoing government's Response to Defendants' Several Motions to Adopt and Conform and proposed Order to be served by mail upon counsel, for defendants as listed below;  this 27th day of June, 2008.

                                              WILLIAM J. O'MALLEY, JR.
                                              Assistant United States Attorney
                                              D. C. Bar No. 166-991
                                              555 4th Street, N.W., Fourth Floor
                                              Washington, D.C.  20001
                                              (202) 305-1749

| | |
|---|---|
| **Lonnell G. Glover**<br>Eduardo Balarezo, Esquire<br>400 5th Street, N.W.<br>Suite 300<br>Washington, D.C. 20001 | **Herbert Francis Young**<br>717 Seventh Street, N.W<br>Suite 210<br>Washington, D.C.   20004 |
| **Velma Williams**<br>William B. Moffitt, Esquire<br>Pleasant S. Brodnax, Esquire<br>1700 Pennsylvania Avenue, N.W.<br>Suite 400<br>Washington, D.C. 20006 | **Cornell Anthony Glover**<br>Brian K. McDaniel, Esquire<br>1211 Connecticut Avenue, N.W.<br>Suite 506<br>Washington, D.C. 20036 |
| **John Smith**<br>Cynthia Katkish, Esquire<br>601 Pennsylvania Avenue, N.W.<br>South Bldg., Suite 900, PMB 221<br>Washington, D.C. 20004 | **James Taylor**<br>Robert Jenkins, Esquire<br>901 Pitt Street<br>Suite 320<br>Alexandria, Virginia 22314 |
| **Herbert Francis Young**<br>District of Columbia Jail<br>1901 D Street, S.E.<br>Washington, D.C. | **Jerome Hampton**<br>Nathan Silver, II, Esquire<br>P.O. Box 5757<br>Bethesda, MD 20814 |

**Ronald Cook**
Rudy Acree, Esquire
1211 Connecticut Avenue
Suite 303
Washington, D.C. 20036

**Lena Brown**
Teresa Grey Kleiman, Esquire
419 7th Street, N.W.
Suite 201
Washington, D.C. 20004

**Henry Brown**
Stephen Brennwald, Esquire
922 Pennsylvania Avenue, S.E.
Washington, D.C. 20003

**John Washington**
Spencer M. Hecht, Esquire
801 Wayne Avenue
Suite 400
Silver Spring, MD 20910

**Joseph Brown, Jr**.
Robert Becker, Esquire
3315 Morrison Street, N.W.
Washington, D.C. 20015

WHEREFORE, for the reasons and authorities set out above, the government has no objection to defendants' several motions to adopt and conform.

A copy of the foregoing government's Response to Defendants' Several Motions to Adopt and Conform and proposed Order to be served by mail upon counsel listed below, this 27th day of June, 2008.

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

WILLIAM J. O'MALLEY, JR.
Assistant United States Attorney
D. C. Bar No. 166-991
555 4th Street, N.W., Fourth Floor
Washington, D. C. 20001

---

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

IT IS HEREBY ORDERED, that several motions to adopt the foregoing

UNITED STATES OF AMERICA
:
v.                                        :    Criminal No. 07-153 (TFH)
:
LONNELL GLOVER, *et al.,*                 :
:
Defendants.                               :

**ORDER**

**GOVERNMENT'S RESPONSE TO DEFENDANTS'**
**SEVERAL MOTIONS TO ADOPT AND CONFORM**

Upon motion of the defendants Lonnell Glover, Velma Williams, Henry Brown, John Smith, and Lena Brown to adopt and conform to motions filed by co-defendants, and after consideration of the government's response thereto, it is this _____ day of July, 2008,

ORDERED that defendants Lonnell Glover, Velma Williams, Henry Brown, John Smith, and Lena Brown can adopt and conform to any and all motions of any co-defendant they deem appropriate. It is

FURTHER ORDERED that one week from the date any motion is filed a defendant, all defendants wishing to adopt and conform to that motion must notice all parties in writing.

THOMAS F. HOGAN, Judge
United States District Court
for the District of Columbia

Copies to:

Anthony Scarpelli
John K. Han
William J. O'Malley, Jr.
Assistant United States Attorneys

Lonnell G. Glover
Eduardo Balarezo, Esquire
400 5th Street, N.W.

---

Ronald W. Chapman, Esquire
Rudy Acree, Esquire

Comes now Defendant, Jewel Elaine Boxley, *et al.,*
Defendant

Lena Brown
Teresa Grey Kleiman, Esquire
717 D Street, N.W.
Suite 201
Washington, D.C. 20004

Henry Brown
Stephen Brennwald, Esquire
922 Pennsylvania Avenue, S.E.
Washington, D.C. 20003

John W. Glover
Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004

Joseph Williams, Jr.
William B. Moffitt, Esquire
Pleasant S. Brodnax, Esquire
1700 Pennsylvania Avenue, N.W.
Suite 400
Washington, D.C. 20006

John Smith
Cynthia Katkish, Esquire
601 Pennsylvania Avenue, N.W.
South Bldg., Suite 900, PMB 221
Washington, D.C. 20004

Herbert Francis Young
District of Columbia Jail
1901 D Street, S.E.
Washington, D.C.

Anthony Francis Young
Assistant Federal Public Defender
717 South 8th Street, N.W.
Suite 210
Washington, D.C. 20004

Brian McDaniel, Esquire
1211 Connecticut Avenue, N.W.
Suite 506
Washington, D.C. 20036

Robert Jenkins, Esquire
901 Thu Street
Suite 320
Alexandria, Virginia 22314

Jerome Hampton
Nathan Silver, II, Esquire
P.O. Box 5757
Bethesda, MD 20814

Velma Williams
William B. Moffitt, Esquire
Pleasant S. Brodnax, Esquire
1700 Pennsylvania Avenue, N.W.
Suite 400
Washington, D.C. 20006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : Criminal No. 07- 153 (TFH) |
| | : |
| LONNELL GLOVER, *et al.*, | : |
| Defendants. | : |

# ORDER

Upon motion of the defendants Lonnell Glover, Velma Williams, Henry Brown, John Smith, and Lena Brown to adopt and conform to motions filed by co-defendants, and after consideration of the government's response thereto, it is this _____ day of July, 2008

**ORDERED** that defendants Lonnell Glover, Velma Williams, Henry Brown, John Smith, and Lena Brown can adopt and conform to any and all motions of any co-defendant they deem appropriate.  It is

**FURTHER ORDERED** that one week from the date any motion is filed a defendant, all defendants wishing to adopt and conform to that motion must notice all parties in writing.

THOMAS F. HOGAN, Judge
United States District Court
    for the District of Columbia

Copies to:

Anthony Scarpelli
John K. Han
William J. O'Malley, Jr.
Assistant United States Attorneys

**Lonnell G. Glover**
Eduardo Balarezo, Esquire
400 5th Street, N.W.

Suite 300
Washington, D.C. 20001
**Velma Williams**
William B. Moffitt, Esquire
Pleasant S. Brodnax, Esquire
1700 Pennsylvania Avenue, N.W.
Suite 400
Washington, D.C. 20006

| | |
|---|---|
| **John Smith**<br>Cynthia Katkish, Esquire<br>601 Pennsylvania Avenue, N.W.<br>South Bldg., Suite 900, PMB 221<br>Washington, D.C. 20004 | **Ronald Cook**<br>Rudy Acree, Esquire<br>1211 Connecticut Avenue<br>Suite 303<br>Washington, D.C. 20036 |
| **Herbert Francis Young**<br>District of Columbia Jail<br>1901 D Street, S.E.<br>Washington, D.C. | **Lena Brown**<br>Teresa Grey Kleiman, Esquire<br>419 7th Street, N.W.<br>Suite 201<br>Washington, D.C. 20004 |
| **Herbert Francis Young**<br>717 Seventh Street, N.W<br>Suite 210<br>Washington, D.C.   20004 | **Henry Brown**<br>Stephen Brennwald, Esquire<br>922 Pennsylvania Avenue, S.E.<br>Washington, D.C.  20003 |
| **Cornell Anthony Glover**<br>Brian K. McDaniel, Esquire<br>1211 Connecticut Avenue, N.W.<br>Suite 506<br>Washington, D.C. 20036 | **John Washington**<br>Spencer M. Hecht, Esquire<br>801 Wayne Avenue<br>Suite 400<br>Silver Spring, MD 20910 |
| **James Taylor**<br>Robert Jenkins, Esquire<br>901 Pitt Street<br>Suite 320<br>Alexandria, Virginia 22314 | **Joseph Brown, Jr**.<br>Robert Becker, Esquire<br>3315 Morrison Street, N.W.<br>Washington, D.C. 20015 |
| **Herbert Francis Young**<br>District of Columbia Jail<br>1901 D Street, S.E.<br>Washington, D.C. | **Charles Gladden**<br>Mitchell M. Seltzer, Esquire<br>717 D Street, N.W., Ste 310<br>Washington, D.C.  20004 |
| **Herbert Francis Young**<br>717 Seventh Street, N.W<br>Suite 210<br>Washington, D.C.   20004 | |