UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

      v.                            Crim No.: 07-153 (15) (TFH)

JOE BROWN

      Defendant.

**DEFENDANT'S UNOPPOSED MOTION TO ADOPT, JOIN AND CONFORM CO-DEFENDANTS'MOTIONS**

Defendant JoeBrown moves to adopt, join and conform to motions filed by other defendants in this joined case where defendant has standing to assert grounds for the requested relief. AUSA William O'Malley has stated that he does not oppose this request. Granting this motion will conserve resources by not requiring the filing of duplicative motions. Defendant moves to join in all applicable motions and specifically joins in the following motions:

    1. Motions to Suppress Electronic Surveillance and Wiretaps filed by defendants Williams [250] and Glover [232].

    2. Motions for Bill of Particulars filed by defendants Washington [263] and Williams [237].

    3. Motions to sever defendants and counts filed by defendants Washington [261], Smith [212], Henry Brown [202] and Williams [243].

    4. Motions for a _Bourjaily_ hearing to determine the existence of a conspiracy and whether proffered statements were made in furtherance of the conspiracy, motions filed by defendants Washington [262] and Williams [245].

    5. Motions for disclosure of _Brady/Giglio_ and production of _Jencks_ as filed by defendants Glover [230] and Williams [239].

6. Motions for disclosure of confidential informants as filed by defendants Glover [231] and Williams [239].

7. Motion for disclosure of FRE 404 (b) evidence as filed by defendant Glover [221].

8. Motions for discovery and inspection as filed by defendant Williams [238].

9. Motions to suppress physical evidence as filed by defendants Young [247], Taylor [234], Williams [242], Washington [260], Glover [252] and Cook [209].

10. Motions to Suppress statements as filed by defendants Young [248] and Cook [208].

WHEREFORE, defendant requests that he be granted leave to join in all motions as well as those specifically referenced.

Respectfully submitted,


 /s/    Jonathan Zucker
Jonathan Zucker, # 384629
514 10th Street, N.W.
Washington, D.C.  20004
(202) 624-0784

Counsel for Defendant Joe Brown

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

      v.                            Crim No.: 07-153(15)(TFH)

JOE BROWN

        Defendant.

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO
ADOPT, JOIN AND CONFORM CO-DEFENDANTS' MOTIONS**

Upon consideration of defendant Joe Brown's unopposed motion to adopt, join and conform motions filed by co-defendants, it is hereby ordered that the motion is GRANTED.

So Ordered this _____ day of _____, 2008.

_____
Judge Thomas F. Hogan, US District Court for the District of Columbia