UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : Criminal No. 07-153 (TFH) |
| | : |
| LONNELL GLOVER, *et al.,* | : |
| Defendants. | : |

### GOVERNMENT'S MOTION FOR ENLARGEMENT OF TIME
### WITHIN WHICH TO RESPOND TO DEFENDANTS' MOTIONS

The United States of America, by its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court pursuant to Rule 45(b) of the Federal Rules of Criminal Procedure to enlarge the time within which the United States may file its oppositions to the defendants' numerous motions. As grounds for its motion the government cites the following points and authorities.

1.  On July 21, 2008, the Court presided over a status hearing in the above-captioned matter. During the conference, the Court required the defendants to file all motions by August 4, 2008. The defendants have filed at least 60 motions in this matter. At least one of the defendants filed motions as late as yesterday (August 7, 2008). The government's responses are due August 18, 2008. The defendants' replies are due August 25, 2008.

2.  Although the government has no objection to the defendants' late filing of these motions, the government would request one additional week within which to respond, making our motions due August 25, 2008.

2

WHEREFORE, the United States respectfully requests that the Court enlarge the time within which the government may file its responses to the defendants' motions, to August 25, 2008.

.                                      Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

_____
WILLIAM J. O'MALLEY, JR.
Assistant United States Attorney


_____
ANTHONY SCARPELLI
Assistant United States Attorney


_____
JOHN K. HAN
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : Criminal No. 07- 153 (TFH) |
| | : |
| LONNELL GLOVER, *et al.,* | : |
| Defendants. | : |

# ORDER

Upon the motion of the United States to enlarge the time within which to respond to defendants' several motions, and after considering the entire record in this matter, it is this _____ day of August, 2008,

**ORDERED** that the United States shall have to and including August 25, 2008 within which to respond to defendants' motions in this matter.

_____
THOMAS F. HOGAN, Judge
United States District Court
 for the District of Columbia