UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | Criminal No.  07-153-19(ESH) |
| : | |
| JOHN FRANKLIN CRUM, : | |
| : | |
| **Defendant** : | |
| : | |

## SENTENCING MEMORANDUM

On behalf of defendant John Franklin Crum, undersigned counsel submits the following memorandum to be considered when the court fashions an appropriate sentence.

**Background**

1. On June 11, 2008, Mr. Crum pled guilty to Conspiracy to Possess With Intent to Distribute and Distribution of 1 Kilogram or More of Phencyclidine, a violation of 21 USC §§ 846, 841(a)(1) and 841(b)(1)(IV and 841(B)(1)(A)(i).

2. Mr. Crum will be sentenced on August 27, 2008.

3. This conspiracy commenced August 1, 2005 and continued until the first arrests were made on June 11, 2007.

4. According to Agent John Devinger of the FBI, Mr. Crum's role in the conspiracy commenced March of 2007, and continued until his arrest on June 19, 2007, a period of 3-1/2 months. [See PSI Report, page 7, ¶ 17]

5. Pursuant to a search of Mr. Crum's residence the day of his arrest, the FBI recovered 277 grams of cocaine base, and a handgun.

6.　Mr. Crum's activity in this conspiracy consisted of purchasing PCP from Lonnell Glover and redistributing it. He was not involved in the management or supervision of others.

**Possible Sentence**

7.　The offense level for this conviction is 31, which includes a two-point increase for possession of the handgun. Mr. Crum is in criminal history category I. The guideline range is thus 108-135 months. The statutory 10-year mandatory minimum for this offense must be applied.

8.　On page 24, Part E of the Presentence Report, a factor that may warrant departure from the guidelines was identified based upon Mr. Crum's extensive criminal record. Most of Mr. Crum's arrests did not result in conviction. Moreover, his most serious offenses, armed robbery, and twice possession of a handgun occurred when he was 18, 28, and 29 years old, respectively. Mr. Crum is now 47 years old.

9.　Mr. Crum urges this court to sentence him in accordance with the extent of his criminal activity in the instant case. Ten years for 3-1/2 months of criminal conspiratorial activity is a more than an adequate, if not excessive, punishment, even considering his criminal history.

10.　Mr. Crum will be 57 years old when he is released from a 10-year mandatory minimum sentence.

**Substance Use**

11.　Mr. Crum was not a drug user until the age of 45, when he began to use heroin, to which he quickly became addicted. He cannot explain the cause of this sudden affliction.

12.　Mr. Crum entered into this conspiracy to support this heroin habit. Although he was employed as a trash truck driver with the D.C. Department of Public Works, where he

earned $25 an hour, this income was insufficient to support his heroin habit, in addition to his other financial obligations.

      13.     Mr. Crum wishes to enter into a drug-treatment program during his incarceration with the hope that he can discover why he became addicted to heroin so late in life and how to prevent a relapse. Toward this end, Mr. Crum urges this court to place him in a facility where he can receive help with this problem.

* * *

Mr. Crum requests that this court sentence him to a 10-year mandatory period of incarceration with a recommendation that he be housed in a facility which offers a drug treatment program.

                                      Respectfully submitted,

                                      /s/_____
                                      JOANNE VASCO, ESQUIRE
                                      4102 Madison Street
                                      Hyattsville, MD 20781
                                      301.864.6424
                                      Attorney for John Crum