**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No.  07-153-19 (TFH)** |
| | : | |
| **JOHN CRUM,** | : | |
| **Defendant.** | : | |

## GOVERNMENT'S MOTION FOR GUIDELINES CREDIT

The United States of America, by its attorney, the United States Attorney for the District of Columbia, respectfully moves the Court pursuant to § 3E1.1(b) of the Sentencing Guidelines and Paragraph 14 of the plea agreement between the United States and the defendant, to adjust the defendant's offense level down one level to reflect the defendant's early plea of guilty in this matter.

As grounds for this motion the government cites the defendant's early determination to enter a plea of guilty in this matter.  As a consequence the resources of this Court, the United States Attorney's Office, the Federal Bureau of Investigations, and the Metropolitan Police Department were conserved, and the Court, the United States Attorney's Office, the Federal Bureau of Investigations, and the Metropolitan Police Department did not have to expend time, energy and resources in preparing for the trial in this matter and court time was preserved as well.

**WHEREFORE,** the government respectfully submits that pursuant to § 3E1.1(b) of the Sentencing Guidelines, it is appropriate in this case to reduce defendant's offense level by one level reflecting his early entry of a plea of guilty in this matter.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney


_____/s/_____
William O'Malley
Anthony Scarpelli
John Han
Assistant United States Attorneys